NOTE: CHANGES MADE BY THE COURT

TRACY L. WILKISON
Attorney for the United States,
Acting Under Authority
Conferred by 28 U.S.C. § 515
LAWRENCE S. MIDDLETON                        cc: PSA/USPO
Assistant United States Attorney
Chief, Criminal Division
JULIAN L. ANDRÉ (Cal. Bar No. 251120)
VALERIE L. MAKAREWICZ (Cal. Bar. No. 229637)
Assistant United States Attorneys
Major Frauds Sections
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6683/2729
     Facsimile: (213) 894-6269
     E-mail:     julian.l.andre@usdoj.gov
                 valerie.makarewicz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-029-RGK |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| GRACE SHIN WON KIM CANADA, | **[PROPOSED] TRIAL DATE: 11/12/2019** |
| Defendant. | |

     The Court has read and considered the Stipulation Regarding

Request for (1) Continuance of Trial Date and (2) Findings of

Excludable Time Periods Pursuant to Speedy Trial Act, filed by the

parties in this matter on February 27, 2019.  The Court hereby finds

that the Stipulation, which this Court incorporates by reference into

this Order, demonstrates facts that support a continuance of the

trial date in this matter, and provides good cause for a finding of

excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial.  ~~(ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.~~

THEREFORE, FOR GOOD CAUSE SHOWN:

1.   The trial in this matter is continued from April 9, 2019, to November 12, 2019 at 9:00 a.m.

2.   The time period of April 9, 2019, to November 12, 2019, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3.   Defendant shall appear in Courtroom 850 of the Roybal Federal Building and U.S. Courthouse, 255 East Temple Street, Los Angeles, California on November 12, 2019, at 9:00 a.m.

4.   Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of

///

///

///

1   the Speedy Trial Act may in the future authorize the exclusion of

2   additional time periods from the period within which trial must

3   commence.

4         IT IS SO ORDERED.

5

6   March 01, 2019

7   DATE                                        HONORABLE R. GARY KLAUSNER
                                                UNITED STATES DISTRICT JUDGE

8

9

10  Presented by:

11      /s/
    JULIAN L. ANDRÉ
12  Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28